# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:07-CV-97**

| | |
|---|---|
| SOS RX., Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WORKING RX., INC., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's Motion to Dismiss, or in the Alternative, To Transfer Venue (Doc. No. 2). For the reasons stated in open court on June 7, 2007, Defendant's Motion to Transfer Venue is GRANTED, and Defendant's Motion to Dismiss is DENIED AS MOOT. The Clerk is DIRECTED to TRANSFER this matter to the United States District Court for the District of Utah.

Signed: June 20, 2007

Frank D. Whitney
United States District Judge